Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARRACUDA NETWORKS, INC., WILLIAM JENKINS, JR., JEFFRY R. ALLEN, MICHAEL D. PERONE, JOHN H. KISPERT, CHET KAPOOR, and STEPHEN P. MULLANEY,<br><br>Defendants. | Case No.  5:18-cv-00191-BLF |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses his individual claims in the captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action.  Because this notice of dismissal is being filed

with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: April 2, 2018

**WEISSLAW LLP**
Joel E. Elkins

By: */s/ Joel E. Elkins*

Joel E. Elkins
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348
        -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Attorneys for Plaintiff and
the Proposed Class*

## CERTIFICATE OF SERVICE

I, Joel E. Elkins, hereby certify under penalty of perjury that on April 2, 2018, I caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be served upon the following parties:

All Parties of Record (via CM/ECF)

                                */s/ Joel E. Elkins*
                                Joel E. Elkins